COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:         01-21-00728-CV

Style:         GetLinks Inc. v.

         **v.** Kalibrr Inc.

Date motion filed[*]:         July 6, 2022

Type of motion:         Motion to Dismiss

Party filing motion:         Appellant Kalibrr Inc.

Document to be filed:

If motion to extend time:

         Original due date:

         Number of previous extensions granted:         Current Due date:

         Date Requested:

Ordered that motion is:

☐   Granted

         If document is to be filed, document due:

☐   The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐**Denied**

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☒Other: _____

**On May 26, 2022, we ordered that the third and fourth notices of appeal, originally assigned to appellate cause number 01-21-00728-CV, were transferred into appellate cause number 01-22-00392-CV. Because appellant Kalibrr Inc.'s motion to dismiss the third notice of appeal includes an incorrect appellate cause number and fails to include a certificate of conference, we strike appellant's Motion to Dismiss. *See* TEX. R. APP. P. 9.4(k), 10.1(a)(5). The Court will consider a Motion to Dismiss that is filed in the correct cause number and that complies with the certificate of conference requirements. *See* TEX. R. APP. P. 9.4(k), 10.1(a)(5).**

Judge's signature: /s/ Sherry Radack

         ☑    Acting individually       ☐    Acting for the Court

Panel consists of _____

Date: _____ July 12, 2022